Frank M. Pacheco, Esq., State Bar Number 163467
LAW OFFICES OF FRANK PACHECO
343 East Main Street, Suite 706
Stockton, CA 95202
Telephone: (209) 937-0644

Attorney for Plaintiffs Sigifredo Cortes,
Maria Del Carmen Cortes, Y.N.C., a Minor,
L.A.C., a Minor, and L.J.C., a Minor, by
their Guardian ad Litem Sigifredo N. Cortes

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGIFREDO N. CORTES, MARIA DEL CARMEN CORTES, Y.N.C., a Minor, L.A.C., a Minor, and L.J.C., a Minor, by their Guardian ad Litem SIGIFREDO N. CORTEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RUVIM TSVEROV, and CHRISTINE LAKIN,<br><br>Defendants. | Case No. 2:19-cv-00816-KJM-CKD<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

The Court having reviewed the Application for Appointment of Guardian ad Litem and finding good cause therefore:

HEREBY GRANTS Plaintiff SIGIFREDO N. CORTEZ'S motion to be appointed Guardian ad Litem for the minors: Y.N.C., L.A.C., and L.J.C., in this action.

Dated:   May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

Order Granting Motion for Appointment of Guardian ad Litem